**THE SHAPIRO FIRM, LLP**
Robert J. Shapiro, Esq.
Jonathan S. Shapiro, Esq.
500 Fifth Avenue, 14th Floor
New York, New York 10110
Tel. (212) 391-6464

*Local Counsel for Plaintiff*

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Sean Handler, Esq.
Darren Check, Esq.
Stuart Berman, Esq.
Christopher Nelson, Esq.
280 King of Prussia Road
Radnor, PA 19087
Tel. (610) 667-7706

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONNOLLY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH J. CASSANO, ROBERT E. LEWIS and DAVID L. HERZOG,<br><br>Defendants. | Case No. 08-CIV-5072 (RJS)<br><br>**ACKNOWLEDGEMENT OF PERSONAL SERVICE OF PLAINTIFF'S CLASS ACTION COMPLAINT UPON DEFENDANTS** |

i

Service of copies of the within:

*SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, AND 3RD AMENDED INSTRUCTIONS OF FILING AN ELECTRONIC CASE OR APPEAL,*

are hereby admitted, upon **all Defendants:**

1. AMERICAN INTERNATIONAL GROUP, INC.;
2. MARTIN J. SULLIVAN;
3. STEVEN J. BENSINGER;
4. JOSEPH J. CASSANO;
5. ROBERT E. LEWIS; and
6. DAVID L. HERZOG;

by:

        Robert F. Carangelo, Esq.
        **Weil, Gotshal & Manges LLP**
        767 Fifth Avenue
        New York, NY 10153
        Telephone: (212) 310-8000

*Attorneys for Defendants.*

Dated: June ___, 2008

_____
ROBERT F. CARANGELO, ESQ.