UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONNOLLY, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH J. CASSANO, ROBERT E. LEWIS, and DAVID L. HERZOG,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 08-cv-5072<br><br>ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

Upon the motion of Robert J. Shapiro, Local Counsel for the Plaintiff, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

　　Applicant's Name:　　Sean M. Handler
　　Firm Name:　　Schiffrin Barroway Topaz & Kessler, LLP
　　Address:　　280 King of Prussia Road
　　City/State/Zip:　　Radnor, PA 19087
　　Phone Number:　　(610) 667-7706
　　Fax Number:　　(610) 667-7056
　　Email Address:　　shandler@sbtklaw.com

is admitted to practice *pro hac vice* as counsel for the Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 12, 2008

Richard J. Sullivan, U.S. District Judge