

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Connolly,**

                    **Plaintiff,**

    **-v-**

**American International Group, Inc., et al**
                  **Defendants.**

Case No. 08-CV-05072(RJS)

<u>ORDER</u>
ECF

<u>RICHARD J. SULLIVAN</u>, District Judge:

The above-entitled action has been assigned to my docket.

It is hereby ORDERED, that counsel appear for a status conference on June 26 at 2:30pm in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21C.

Counsel for Plaintiffs shall notify all parties of this conference in this and in any related actions.

SO ORDERED.
DATED:
New York, New York _____ , 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE