*Sullivan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMES CONNOLLY, individually and on behalf of :
all others similarly situated,                                                08-CV-5072 (RJS)

                      Plaintiff,                             :

                  v.                                          :

AMERICAN INTERNATIONAL
GROUP, INC., MARTIN J. SULLIVAN,            :
STEVEN J. BENSINGER, JOSEPH J.
CASSANO, ROBERT E. LEWIS and DAVID L.   :
HERZOG,
                                                   :
                 Defendants.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

## STIPULATION AND [~~PROPOSED~~] ORDER

       IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to the parties in the above-captioned action, as follows:

       Defendants' time to answer, move, or otherwise respond to the complaint filed in the above-captioned action is extended until after the Court appoints lead plaintiff and lead counsel for the putative Class, and lead plaintiff serves a consolidated amended complaint or designates a pending complaint as the operative complaint.

       After the Court has appointed lead plaintiff and lead counsel for the putative Class, counsel for Defendants will confer with lead counsel to establish a schedule with respect to filing a consolidated amended complaint and any responsive pleadings.

Dated: New York, New York
June 30, 2008

| | |
|---|---|
| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br><br>By: _/s/ Sean Handler_<br>Sean Handler<br>Darren Check<br>Stuart Berman<br>Christopher Nelson<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>T: (610) 667-7706<br>F: (610) 667-7056<br><br>THE SHAPIRO FIRM<br><br>Robert J. Shapiro<br>Jonathan S. Shapiro<br>500 Fifth Avenue, 14th Floor<br>New York, New York 10110<br>T: (212) 391-6464<br><br>*Attorneys for Plaintiff James Connolly* | WEIL, GOTSHAL & MANGES LLP<br><br>By: _/s/ Joseph S. Allerhand_<br>Joseph S. Allerhand (JA-3201)<br>Robert F. Carangelo (RC-3162)<br>767 Fifth Avenue<br>New York, New York 10153<br>T: (212) 310-8000<br>F: (212) 310-8007<br><br>*Attorneys for Defendants American International Group, Inc., Martin J. Sullivan, Steven J. Bensinger, Joseph J. Cassano, Robert E. Lewis and David L. Herzog* |

So Ordered:

_/s/ Richard J. Sullivan_
Hon. Richard J. Sullivan, U.S.D.J.

7/1/08