UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONNOLLY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH J. CASSANO, ROBERT E. LEWIS, and DAVID L. HERZOG,<br><br>Defendants. | CIV. NO. 08-CV-5072<br><br>Hon. Richard J. Sullivan |

**CERTIFICATE OF SERVICE**

I, LISA POLLARD, hereby certify that a true and correct copy of:

1. THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL;

2. MEMORANDUM IN SUPPORT OF THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL; and

3. AFFIDAVIT OF LISA M. POLLARD IN SUPPORT OF THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

383518-1

was served upon all involved parties by sending a copy of the same to all counsel listed below by electronic notification or first-class mail, postage pre-paid.

| | |
|---|---|
| Christopher L. Nelson | cnelson@sbtklaw.com |
| Jeffrey Charles Zwerling | jzwerling@zsz.com |
| Jonathan Scott Shapiro | jshapiro@theshapirofirm.com |
| | rshapiro@theshapirofirm.com |
| Robert Jason Shapiro | rshapiro@theshapirofirm.com |
| Sean M. Handler | ecf_filings@sbtklaw.com |
| Stuart Berman | sberman@sbtklaw.com |

**<u>VIA UNITED STATES MAIL:</u>**
Darren J. Check
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA  19087

Executed this 21st day of July, 2008.

       /s Lisa M. Pollard
      Lisa M. Pollard (#LP-6327)

383518-1

2